UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD J. FINLAN, | ) |
| | ) CASE NO. C13-0789-JCC-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER RE: MOTION TO SET |
| | ) DATE FOR TRAVERSE |
| ROBERT HERZOG, Superintendent, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

Petitioner proceeds *pro se* in this habeas matter pursuant to 28 U.S.C. § 2254.  Now before the Court is petitioner's Motion to Set Date for Petitioner's Traverse.  (Dkt. 13.)  Having considered that motion, the Court ORDERS as follows:

(1) Petitioner requests that the Court set August 19, 2013 as the due date for his response to the Answer submitted by respondent and noted for consideration on July 26, 2013.  (*See* Dkt. 9.)  As set forth in the Court's Order for Service and Answer, petitioner's response to the Answer was due to be filed on July 22, 2013, the Monday immediately preceding the Friday designated for consideration of the Answer.  (Dkt. 5.)  However, as that date has since passed

ORDER
PAGE -1

and considering petitioner's statement as to the need for a response, the Court construes petitioner's pending motion as a request for an extension of time to respond, and further finds that request reasonable. As such, petitioner's motion (Dkt. 13) is GRANTED and respondent's Answer (Dkt. 9) is RENOTED for consideration on **August 23, 2013**. Petitioner may file and serve a response to the Answer on or before **August 19, 2013**, and respondent may file and serve a reply no later than the Friday designated for consideration.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Hon. John C. Coughenour.

DATED this 1st day of August, 2013.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2